# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHNESIA ROCHELLE HALL, | Case No. CV 09-8643-VBF (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARY LATTIMORE, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 27, 2011

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE